ORIGINAL

FILED

08/16/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0407

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0407

BRYAN ARVIDSON,

Petitioner,

v.

CAPTAIN BRADLEY BRAGG, Lewis
& Clark County Detention Center,

Respondent.

FILED

AUG 1 6 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Bryan Arvidson has filed a petition for a writ of habeas corpus, indicating that his incarceration is illegal. He explains that he was arrested on October 1, 2021, and that he has been refused mental health services and an evaluation. He requests that he receive free mental health services as well as a new trial. According to his attachments, Arvidson has court-appointed counsel, per a March 3, 2022 letter.

This Court secured a copy of the register of actions from the Lewis and Clark County District Court. In April 2022, Arvidson was tried on eleven felony charges, including mitigated deliberate homicide. Arvidson is currently awaiting sentencing.

Arvidson's remedy is not with this Court, and it is not by means of a petition for habeas corpus. Habeas corpus affords an applicant an opportunity to challenge collaterally the legality of his present incarceration. Section 46-22-101(1), MCA; *Lott v. State*, 2006 MT 279, ¶ 14, 334 Mont. 270, 150 P.3d. 337. The cause of Arvidson's incarceration is the criminal case for which he is awaiting sentencing and the issuance of the written, final judgment.

Arvidson has appointed counsel to represent him in District Court. Arvidson should refrain from filing pleadings on his own behalf with this Court while he is represented by counsel in the District Court. M. R. App. P. 10(1)(c).

Arvidson has not demonstrated that he is illegally incarcerated. Section 46-22-101(1), MCA. Accordingly,

IT IS ORDERED that Arvidson's Petition for Writ of Habeas Corpus is DENIED.

The Clerk is directed to provide a copy of this Order to: the Honorable Kathy Seeley, First Judicial District Court, Lewis and Clark County; Angie Sparks, Clerk of District Court, Lewis and Clark County, under Cause No. DC-2021-475; Captain Bragg, Jail Commander; Leo Gallagher, Lewis and Clark County Attorney; Suzanne R. Seburn, Defense Counsel; counsel of record, and Bryan Arvidson personally.

DATED this 16ᵗʰ day of August, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2